IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DORMINIC THOMAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:13-cv-87 |
| | § | |
| SCOTT YOUNG | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Dorminic Thomas, an inmate formerly confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. Before the Court is the Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for disposition of the petition. Docket No. 21.

The Report and Recommendation, issued on July 6, 2016, recommended denying and dismissing the petition because there was sufficient evidence to satisfy the "some evidence" requirement for each of the charges against Petitioner. *Id.* at 5. Further, Petitioner failed to state a claim upon which relief can be granted with respect to retaliation. *Id.* at 6. Specifically, Petitioner did not identify direct evidence of a retaliatory motivation or demonstrate a chronology of events from which retaliation could plausibly be inferred. *Id.* In addition, Petitioner failed to show causation, which is required for a retaliation claim. *Id.*

Petitioner received the Report and Recommendation on July 16, 2015. Docket No. 22. The 14-day period for filing objections to the Report and Recommendation has passed. The parties did not file any objections.

ORDER

Accordingly, having considered the Report and Recommendation, along with the record, pleadings and all available evidence, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**SIGNED this 24th day of August, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE